IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MARGARET M. BOYCE : CIVIL ACTION
: 
: NO. 07-3454

## ORDER

**AND NOW,** this 16th  day of June, 2009, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

(1) the Order of the Bankruptcy Court dated July 19 is **AFFIRMED**;

(2) Debtor's appeal of the Order of Bankruptcy Court dated August 13 is **DISMISSED** for lack of jurisdiction; and

(3) this case is **REMANDED** to the Bankruptcy Court for proceedings consistent with the attached Opinion regarding the Order of the Bankruptcy Court dated August 1, 2007.

BY THE COURT:

_S/ BRUCE W. KAUFFMAN__
BRUCE W. KAUFFMAN, J.